IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JORGE RAMOS-NIEVES,

      Appellant,

 v.                                                    Case No.  5D22-746
                                                       LT Case Nos. 2015-CF-0830
                                                                              2014-CF-3417
                                                                              2014-CF-3928

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 27, 2022

3.850 Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Jorge Ramos-Nieves, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Alyssa M. Williams, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.